# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE OF
COMMUNITY DEVELOPMENT-
DISASTER RECOVERY UNIT

VERSUS

MICHELLE STEWART AND RAYMOND
ALCINDOR A/K/A RAYMOND MARC
STEWART

NO.   2021 CW 1372

**FEBRUARY 14, 2022**

---

In Re:   Michelle Stewart and Raymond Alcindor, applying for
supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2020-10220.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court's September
17, 2021 judgment granting the motion for summary judgment filed
by plaintiff, State of Louisiana, Division of Administration,
Office of Community Development-Disaster Recovery Unit, and
rendering judgment in favor of plaintiff, and against
defendants, Michelle Stewart and Raymond Alcindor a/k/a Raymond
Marc Stewart, in the amount of $30,000.00, together with legal
interest from the date of judicial demand, January 15, 2020,
until paid, attorney's fees in the amount of $750.00, and court
costs, is a final, appealable judgment. See La. Code Civ. P.
arts. 1841 & 2083(A).   An appellant is entitled to seek review
of all adverse interlocutory rulings in an unrestricted appeal
from a final judgment. See **Landry v. Leonard J. Chabert Med.
Ctr.**, 2002-1559 (La. App. 1st Cir. 5/14/03), 858 So.2d 454, 461
n. 4, writs denied, 2003-1748, 2003-1752 (La. 10/17/03), 855
So.2d 761.   Accordingly, the writ application is granted for the
limited purpose of remanding the case to the district court with
instructions to grant an appeal to defendants pursuant to the
notice of intent to seek supervisory writs. See **In re Howard**,
541 So.2d 195, 196 (La. 1989) (per curiam).   In the event
defendants seek to appeal the district court's judgment, they
shall submit a new order for appeal to the district court within
thirty days of this order. Additionally, a copy of this court's
order is to be included in the appellate record.

**PMc**
**JEW**

**Theriot, J.**, dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT